**Motion Denied as Moot; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed November 22, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00248-CV

### IN RE ANITA JACOBE ELDER, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 188,732-412**

## MEMORANDUM OPINION

On April 6, 2022, relator Anita Jacobe Elder filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Michael Newman, presiding judge of the Probate Court No. 2 of Harris County, to set aside two orders signed by the probate court on March 15, 2022: (1) granting in

part and denying in part, real party in interest Stephen John Jacobe's motion for protection; and (2) granting in part and denying, in part, relator's motion to compel production of documents.

On November 15, 2022, relator and the real party in interest filed a joint motion to dismiss the petition for writ of mandamus, advising this Court that they had reached a resolution on all substantive issues in the underlying case and had filed an agreed final judgment with the trial court. The parties request that this Court dismiss relator's petition for writ of mandamus.

Accordingly, we grant the joint motion to dismiss the petition for writ of mandamus. Relator's petition for writ of mandamus is dismissed. Additionally, relator's motion to stay is denied as moot.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.